FILED

DEC 15 1995

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 1994 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 95 2153 K |
| Plaintiff, | **I N D I C T M E N T** |
| v. | |
| JESUS HECTOR PALMA-SALAZAR, aka "Guero Palma" aka "El Guerito" aka "Senor Rubio" aka "El Rubio" | Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Cocaine |
| Defendant. | |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing up to and including January of 1995, within the Southern District of California, and elsewhere, defendant JESUS HECTOR PALMA-SALAZAR, aka "Guero Palma," aka "El Guerito," aka "Senor Rubio," aka "El Rubio," did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute

//

PCP:bct(mdd):San Diego
12/14/95

```
 1  over 10 kilograms of cocaine, a Schedule II Controlled Substance,
 2  in violation of Title 21, United States Code, Sections 841(a)(1)
 3  and 846.
 4       DATED:  December 15, 1995.
 5                                         A TRUE BILL:
 6
 7                                         [signature]
 8                                         Foreperson
    ALAN D. BERSIN
 9  United States Attorney
10
11  By: [signature]
        PATRICIA COOK PROFIT
12      U.S. Department of Justice
        Criminal Division
13      Trial Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                 2
```