### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| USA | vs | Jesus Hector Palma-Salazar | No. | 95cr2153 K |
|---|---|---|---|---|
| Hon. Keep | Deputy Clerk N/A | Court Reporter N/A | | |

By order of the court, this case is to be reassigned to another District Court Judge.

Assigned to:   Judge Larry A. Burns

New Case #:   95cr2153 LAB

**Please forward judge's court file to new assigned judge.**

Date: January 29, 2007     Deputy: P. Dela Cruz