FILED

2007 FEB -2 PM 1:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.95cr2153-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION BASED UPON DEFENDANT'S WAIVER OF RIGHT TO BAIL AND DETENTION HEARING |
| JESUS HECTOR PALMA-SALAZAR, | ) | |
| Defendant. | ) | |

    On January 29, 2007, the parties appeared before the Honorable United States Magistrate Judge Barbara L. Major. At that hearing, defendant JESUS HECTOR PALMA-SALAZAR (hereinafter defendant PALMA-SALAZAR) was arraigned on the Indictment in the above-captioned case. The Indictment charges defendant PALMA-SALAZAR with participating in a conspiracy to distribute cocaine. Assistant United States Attorney Todd W. Robinson appeared on behalf of the United States. Federal Defenders of San Diego, Inc. specially appeared on behalf of defendant PALMA-SALAZAR. This Court provisionally appointed attorney Stephen Lemish, Esq., to represent defendant PALMA-SALAZAR at future proceedings. Furthermore, during the hearing, the Government moved for defendant PALMA-SALAZAR's detention based on risk of flight and danger to the community. A detention hearing was scheduled for February 1, 2007..

    On February 1, 2007, defendant PALMA-SALAZAR waived his right to bail and his right to a speedy detention hearing in connection with the above-captioned case. Based on defendant PALMA-SALAZAR's waiver, a hearing on detention or bail setting was not scheduled. The Court

found that defendant PALMA-SALAZAR's waiver of the above-mentioned right was competent, knowing and voluntary. This detention Order is being made without prejudice.

IT IS HEREBY ORDERED that defendant PALMA-SALAZAR be detained pending the proceedings.

IT IS HEREBY FURTHER ORDERED that defendant PALMA-SALAZAR be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant PALMA-SALAZAR shall be afforded a reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the Government, the person in charge of the correctional facility shall deliver defendant PALMA-SALAZAR to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to and by defense counsel and the Government.

IT IS SO ORDERED WITHOUT PREJUDICE.

DATED: February _1_, 2007.

BARBARA L. MAJOR
United States Magistrate Judge

Prepared By:

CAROL C. LAM
United States Attorney

TODD W. ROBINSON
Assistant U.S. Attorney